```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 01366
    ETHEL M COOPER
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY
            Debtor
    SSN XXX-XX-2937

--------------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 01/26/2007 and was confirmed 04/26/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 12/04/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                              PAID           PAID
--------------------------------------------------------------------------------
AMERICAN GENERAL FINANCE   UNSECURED         4297.83           .00          1019.55
ASPIRE VISA GOLD           UNSECURED         2623.79           .00           622.43
ECAST SETTLEMENT CORP      UNSECURED         7756.20           .00          1839.98
ROUNDUP FUNDING LLC        UNSECURED          417.21           .00            98.99
ECAST SETTLEMENT CORP      UNSECURED         3781.20           .00           897.01
NORDSTROM FSB              UNSECURED         1869.51           .00           443.49
PRONGER SMITH MEDICAL AS   UNSECURED          404.92           .00            96.07
ECAST SETTLEMENT CORP      UNSECURED         1091.96           .00           259.05
ECAST SETTLEMENT CORP      UNSECURED          374.09           .00            88.75
BURNS & WINCEK LTD         DEBTOR ATTY       3,000.00                       3,000.00
TOM VAUGHN                 TRUSTEE                                            634.68
DEBTOR REFUND              REFUND                                                .00

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                       RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                9,000.00

PRIORITY                                             .00
SECURED                                              .00
UNSECURED                                       5,365.32
ADMINISTRATIVE                                  3,000.00
TRUSTEE COMPENSATION                              634.68
DEBTOR REFUND                                        .00
                      ---------------      ---------------
TOTALS                 9,000.00                 9,000.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 03/05/09                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```